FILED
CLERK, U.S. DISTRICT COURT

JUN 25, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ BH _____ DEPUTY

Regina Hernandez, et al.,

                                    Plaintiffs,

            v.

Nationstar Mortgage Holdings, LLC, et al.

                                    Defendants.

LACV 17-6780-VAP (GJSx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order granting Defendants' Motion to Dismiss filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    6/26/18

_____
Virginia A. Phillips
Chief United States District Judge